**Maurice Anthony COLEMAN, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections; United States Parole Commission, Respondents–Appellees,**

and

**District of Columbia Parole Board, Party in Interest.**

No. 02–6268.

United States Court of Appeals, Fourth Circuit.

Submitted June 25, 2002.

Decided July 10, 2002.

Maurice Anthony Coleman, Appellant Pro Se. Christopher Garrett Hill, Office of the Attorney General Of Virginia, Richmond, Virginia; George Maralan Kelley, III, Office of the United States Attorney, Norfolk, Virginia, for Appellees.

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Maurice A. Coleman appeals the district court's order summarily dismissing his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommenda-tion of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *See Coleman v. Angelone,* No. CA–01–350–2 (E.D.Va. Feb. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*